AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

LOPAKA CURTIS BOUNDS, )
        Plaintiff, )
         )
v. )
         )
         ) **JUDGMENT IN A CIVIL CASE**
PINNACLE SPECIAL POLICE, INC., ) CASE NO. 7:05-CV-65-F1
C.W. ROBERTSON, BRIAN D. SHEPPARD, )
        Defendants. )

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the jury, unanimously finds that Defendant C.W. Robertson *did not* intentionally commit acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest. That the Defendant C.W. Robertson *did not* commit battery upon the Plaintiff.

    FURTHER the jury finds, that the Defendant Brian Sheppard *did not* intentionally commit acts that violated the Plaintiff's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest. That the Defendant Brian Sheppard *did* commit battery upon the plaintiff.

    As to Defendant C. W. Robertson, the jury finds that from the preponderance of the evidence, that the Plaintiff *should not* be awarded actual damages nor punitive damages. As to Defendant Brian Sheppard, the jury finds that from the preponderance of the evidence, the Plaintiff *should be* awarded actual damages in the amount of $800.00 and awarded punitive damages in the amount of $1,700.00.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 29, 2008**, AND A COPY MAILED TO:

Haywood White, III                                    Brian E. Edes
265 Racine Dr., Suite 104                     1430 Common Wealth, Suite 202
Wilmington, NC 28403                       Wilmington, NC 28403


October 29, 2008                                  DENNIS IAVARONE,
Date                                                        Clerk of Court

                                                              /s/ Susan Edwards
*Wilmington, North Carolina*                 *(By) Deputy Clerk*